UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDER ROY SINCLAIR,<br><br>              Petitioner,<br><br>     v.<br><br>CLARK COUNTY PROSECUTOR'S OFFICE, et al.,<br><br>              Respondents. | No.  3:22-CV-5161-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 11.)

(2)    Petitioner's federal habeas Petition (Dkt. No. 7) is DISMISSED without prejudice and all pending motions are DENIED as moot.

(3)    A certificate of appealability is DENIED in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 22nd day of  August, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1